1 Marcia Hofmann (SBN 250087)
  *marcia@eff.org*
2 ELECTRONIC FRONTIER FOUNDATION
  454 Shotwell Street
3 San Francisco, CA 94110
  Telephone: (415) 436-9333
4 Facsimile: (415) 436-9993

5 Jason M. Schultz (SBN 212600)
  *jschultz@law.berkeley.edu*
6 Samuelson Law, Technology and Public
  Policy Clinic
7 U.C. Berkeley School of Law
  396 Simon Hall
8 Berkeley, CA 94720-7200
  Telephone: (510) 642-0499
9 Facsimile: (510) 643-4625

10

11 Attorneys for Plaintiff
   ELECTRONIC FRONTIER FOUNDATION

12                  IN THE UNITED STATES DISTRICT COURT

13                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                           SAN FRANCISCO DIVISION

15
   ELECTRONIC FRONTIER FOUNDATION,   )   Case No. CV 09 5640
16                                   )
                   Plaintiff,        )   **ELECTRONIC FRONTIER**
17                                   )   **FOUNDATION'S CERTIFICATION OF**
       v.                            )   **INTERESTED ENTITIES OR PERSONS**
18                                   )
   DEPARTMENT OF DEFENSE, CENTRAL    )
19 INTELLIGENCE AGENCY, DEPARTMENT   )
   OF HOMELAND SECURITY, DEPARTMENT  )
20 OF JUSTICE, DEPARTMENT OF TREASURY)
   and OFFICE OF THE DIRECTOR OF     )
21 NATIONAL INTELLIGENCE,            )
                                     )
22                 Defendants.       )
                                     )
23 _____)

24

25         Pursuant to Civil Local Rule 3-16, Plaintiff Electronic Frontier Foundation certifies that to

26 its knowledge, no entities other than the named parties themselves have either: (i) a financial

27 interest (of any kind) in the subject matter in controversy or in a party to the proceeding; or (ii) any

28

other kind of interest that could be substantially affected by the outcome of the proceeding.

DATED: December 1, 2009   By *(signature)*
Marcia Hofmann, Esq.
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Jason M. Schultz, Esq.
Samuelson Law, Technology and Public Policy Clinic
U.C. Berkeley School of Law
396 Simon Hall
Berkeley, CA 94720-7200
Telephone: (510) 642-0499
Facsimile: (510) 643-4625

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION