AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

E-filing SI

ELECTRONIC FRONTIER FOUNDATION

)
)
*Plaintiff* )
) Civil Action No. 09 5640
DEPARTMENT OF DEFENSE, et. al. )
)
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Department of Defense, Office of the Secretary, The Pentagon, Washington, DC 20301-1155; Department of Homeland Security, Washington, DC 20528; Department of Justice, 950 Pennsylvania Ave., NW, Washington, DC 20530; Department of Treasury, 1500 Pennsylvania Ave., NW, Washington, DC 20220; Office of the Director of National Intelligence, Washington, DC 20511; Central Intelligence Agency, Washington, DC 20505; Civil Process Clerk, United States Attorney's Office, 450 Golden Gate Ave., 11th Floor, San Francisco, CA 94102; Attorney General, Department of Justice, 950 Pennsylvania Ave., NW, Washington, DC 20530

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 30 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marcia Hofmann, Electronic Frontier Foundation, 454 Shotwell Street, San Francisco, CA 94110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEC 1

**RICHARD W. WIEKING**
*CLERK OF COURT*

**ANNA SPRINKLES**

Date: _____

*Signature of Clerk or Deputy Clerk*