TONY WEST
   Assistant Attorney General
JOSEPH P. RUSSONIELLO
   United States Attorney
JOHN TYLER
   Assistant Branch Director
KIMBERLY L. HERB
   Illinois Bar No. 6296725
   Trial Attorney
   Civil Division, Federal Programs Branch
   U.S. Department of Justice
   P.O. Box 883
   Washington, D.C. 20044
   Telephone: (202) 305-8356
   Facsimile: (202) 616-8470

Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Civil Action No. C 09-5640 SI |
| Plaintiffs, | |
| v. | |
| | DEFENDANTS' ANSWER |
| DEPARTMENT OF DEFENSE, *et al.*, | |
| Defendants. | |

     Defendants U.S. Department of Defense ("DOD"), Central Intelligence Agency ("CIA"), U.S. Department of Homeland Security ("DHS"), U.S. Department of Justice ("DOJ"), U.S. Department of the Treasury ("Treasury"), and Office of the Director of National Intelligence ("ODNI"), (collectively, "Defendants"), through undersigned counsel, hereby answer Plaintiff Electronic Frontier Foundation's Complaint for Injunctive Relief ("Complaint") as follows:

**INTRODUCTION**

     1.     Paragraph 1 of the Complaint contains Plaintiff's characterization of the nature of this action and its claims, to which no response is required. To the extent a response is deemed required, Defendants deny the allegations contained in the paragraph.

**PARTIES**

2.      Defendants are without knowledge or information sufficient to admit or deny the allegations contained in paragraph 2 of the Complaint.

3.      First and third sentences:  DOD admits it is an executive agency of the United States government and that the Air Force, Navy, and Defense Intelligence Agency are components.  Second sentence: This sentence contains a conclusion of law, to which no response is required.

4.      First sentence:  CIA admits that it is an executive agency of the United States government.  Second sentence: This sentence contains a conclusion of law, to which no response is required.

5.      First and third sentences:  DHS admits it is an executive agency of the United States government and that the Secret Service is a component.  Second sentence: This sentence contains a conclusion of law, to which no response is required.

6.      First and third sentences: DOJ admits it is an executive agency of the United States government and that the Federal Bureau of Investigation ("FBI"), Drug Enforcement Administration ("DEA"), Criminal Division, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and Executive Office for United States Attorneys ("EOUSA") are components.  Second sentence: This sentence contains a conclusion of law, to which no response is required.

7.      First and third sentences: Treasury admits it is an executive agency of the United States government and that the Internal Revenue Service is a component.  Second sentence: This sentence contains a conclusion of law, to which no response is required.

8.      First sentence: ODNI admits that it is an independent agency of the United States government.  Second sentence: This sentence contains a conclusion of law, to which no response is required.

**JURISDICTION**

9.      This paragraph contains conclusions of law, to which no response is required.

## VENUE AND INTRADISTRICT ASSIGNMENT

10.     This paragraph contains conclusions of law, to which no response is required.

11.     This paragraph contains conclusions of law, to which no response is required.

## FACTUAL ALLEGATIONS

12.     This paragraph contains characterizations about the nature of this action, to which no response is required.    To the extent a response is deemed required, Defendants are without knowledge or information sufficient to admit or deny the purposes underlying EFF's request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

13.     This paragraph does not set forth a claim for relief or aver facts in support of a claim to which an answer is required.

14.     This paragraph does not set forth a claim for relief or aver facts in support of a claim to which an answer is required.

15.     This paragraph does not set forth a claim for relief or aver facts in support of a claim to which an answer is required.

16.     This paragraph does not set forth a claim for relief or aver facts in support of a claim to which an answer is required.

17.     This paragraph does not set forth a claim for relief or aver facts in support of a claim to which an answer is required.

18.     Each Defendant admits that EFF sent a FOIA request to it as detailed in the following paragraphs.

19.     Each Defendant admits that it received a request under FOIA for the documents listed in paragraph 19.

20.     Defendants CIA, DOJ, ODNI, Treasury, and DOD admit the allegations in this paragraph.  Defendant DHS is without information or knowledge sufficient to admit or deny the allegations of this paragraph.

21.      Defendants DOD, DOJ, and DHS admit the allegations in this paragraph. Defendants CIA, Treasury, and ODNI are without information or knowledge sufficient to admit or deny the allegations of this paragraph.

22.     Defendant DOD admits the allegations of this paragraph.  Defendants CIA, DHS, DOJ, Treasury, and ODNI lack information or knowledge sufficient to admit or deny the allegations of this paragraph.

23.     Defendant DOD admits the allegations of this paragraph.  Defendants CIA, DHS, DOJ, Treasury, and ODNI lack information or knowledge sufficient to admit or deny the allegations of this paragraph.

24.     Defendant CIA admits the allegations of this paragraph.  Defendants DOD, DHS, DOJ, Treasury, and ODNI lack information or knowledge sufficient to admit or deny the allegations of this paragraph.

25.     Defendant DOJ admits the allegations of this paragraph.  Defendants DOD, CIA, DHS, Treasury, and ODNI lack information and knowledge sufficient to admit or deny the allegations of this paragraph.

26.     Defendant DOD admits the allegations of this paragraph.  Defendants CIA, DHS, DOJ, Treasury, and ODNI lack information or knowledge sufficient to admit or deny the allegations of this paragraph.

27.     Defendant DOD admits the allegations of this paragraph.  Defendants CIA, DHS, DOJ, Treasury, and ODNI lack information or knowledge sufficient to admit or deny the allegations of this paragraph.

28.     Defendant DHS admits the allegations of this paragraph.  Defendants DOD, CIA, DOJ, Treasury, and ODNI lack information or knowledge sufficient to admit or deny the allegations of this paragraph.

29.     Defendant ODNI admits the allegations of this paragraph.  Defendants DOD, CIA, DHS, DOJ, and Treasury lack information or knowledge sufficient to admit or deny the allegations of this paragraph.

30.     Defendant DOJ admits the allegations of this paragraph.  Defendants DOD, CIA, DHS, Treasury, and ODNI lack information or knowledge sufficient to admit or deny the allegations of this paragraph.

31.    Defendant DOD admits the allegations of this paragraph. Defendants CIA, DHS, DOJ, Treasury, and ODNI lack information or knowledge sufficient to admit or deny the allegations of this paragraph.

32.    Defendant Treasury admits the allegations of this paragraph. Defendant DOD, CIA, DHS, DOJ, and ODNI lack information or knowledge sufficient to admit or deny the allegations of this paragraph.

33.    Defendant DOJ admits the allegations of this paragraph. Defendant DOD, CIA, DHS, Treasury, and ODNI lack information or knowledge sufficient to admit or deny the allegations of this paragraph.

34.    Defendant DOJ admits the allegations of this paragraph. Defendants DOD, CIA, DHS, Treasury, and ODNI lack information or knowledge sufficient to admit or deny the allegations of this paragraph.

35.    Defendant DOJ denies the allegation that EFF has not received a written response from ATF, and further avers that ATF sent a letter to EFF on November 27, 2009. Defendant DOJ admits that ATF received EFF's FOIA request letter. Defendants DOD, CIA, DHS, Treasury, and ODNI lack information or knowledge sufficient to admit or deny the allegations of this paragraph.

36.    With regard to the FBI, Defendant DOJ denies that it received the FOIA request on the date it was transmitted, but admits that it received the FOIA request at some point prior to November 10, 2009; Defendant DOJ admits the allegations with regard to EOUSA, ATF, Criminal Division, and DEA. Defendants CIA, DHS, Treasury, ODNI, and DOD admit the allegations in this paragraph.

37.    Defendant DOJ denies the allegations as those allegations pertain to ATF and EOUSA, and further avers that both ATF and EOUSA sent a letter to EFF on November 27, 2009 indicating the conclusion of its search for responsive documents. With regard to the DEA, Defendant DOJ admits that the DEA had not completed processing EFF's FOIA request as of the date EFF filed the Complaint, but further avers that DEA has now completed the processing of EFF's FOIA request and that DEA sent a responsive letter to EFF on February 1, 2010. DOJ

admits the allegations as they pertain to the Criminal Division and FBI, but further avers that both components are currently processing EFF's FOIA request.  Defendant Treasury admits that it had not completed processing EFF's FOIA request as of the date EFF filed the Complaint, but further avers that Treasury has now completed the processing of EFF's FOIA request and that Treasury sent a responsive letter to EFF on January 11, 2010.  Defendants DOD, DHS, and ODNI admit the allegations contained in this paragraph, but further aver that they are currently processing EFF's FOIA request.  Defendant CIA admits the allegations.

38.     This paragraph contains a conclusion of law, to which no response is required.

39.     First sentence:  Defendant Treasury admits the allegations in this sentence; Defendants DOD, CIA, DHS, DOJ, and ODNI lack information and knowledge sufficient to admit or deny the allegations in this sentence.  Second sentence: Defendant Treasury denies the allegations in this sentence, and further avers that it sent EFF a letter responsive to its FOIA request on January 11, 2010; Defendants DOD, CIA, DHS, DOJ, and ODNI lack information or knowledge sufficient to admit or deny the allegations contained in this sentence.

40.     Defendants DOD, CIA, DHS, DOJ, ODNI admit the allegations in this paragraph.  Defendant Treasury is without knowledge or information sufficient to admit or deny the allegations contained in this paragraph.

41.     This paragraph contains a conclusion of law, to which no response is required. To the extent a response is deemed required, Defendants deny the allegations.

## CAUSE OF ACTION

42.     This paragraph repeats and re-alleges the preceding paragraphs.  To the extent a response is deemed required, Defendants respectfully refer the Court to their responses to specific preceding paragraphs.

43.     This paragraph contains conclusions of law, to which no response is required.  To the extent a response is deemed required, Defendants deny the allegations.

44.     This paragraph contains conclusions of law, to which no response is required.  To the extent a response is deemed required, Defendants deny the allegations.

1

## REQUESTED RELIEF

2          The balance of the Complaint constitutes a prayer for relief, to which no response is

3   required.  To the extent a response is deemed required, Defendants deny that Plaintiff is entitled

4   to the relief requested, or to any relief whatsoever.

5          Defendants hereby deny all allegations in Plaintiff's Complaint not expressly admitted or

6   denied.

7          THEREFORE, having fully answered, Defendants assert that Plaintiff is not entitled to

8   the relief requested, or to any relief whatsoever, and request that this action be dismissed in its

9   entirety with prejudice and that Defendants be given such other relief as this Court deems

10  proper, including costs and disbursements.

11

12  Dated: February 8, 2010              Respectfully submitted,

13                                       TONY WEST
                                         Assistant Attorney General
14                                       JOSEPH P. RUSSONIELLO
                                         United States Attorney
15                                       JOHN TYLER
                                         Assistant Branch Director
16

17                                         /s/ Kimberly L. Herb
                                         Kimberly L. Herb
18                                       Illinois Bar No. 6296725
                                         Trial Attorney
19                                       Civil Division, Federal Programs Branch
                                         U.S. Department of Justice
20                                       P.O. Box 883
                                         Washington, DC 20044
21                                       Telephone: (202) 305-8356
                                         Facsimile: (202) 616-8470
22                                       Email: Kimberly.L.Herb@usdoj.gov

23                                       Attorneys for Defendants

24

25

26

27

28