TONY WEST
    Assistant Attorney General
JOSEPH P. RUSSONIELLO
    United States Attorney
JOHN TYLER
    Assistant Branch Director
KIMBERLY L. HERB
    Illinois Bar No. 6296725
    Trial Attorney
    Civil Division, Federal Programs Branch
    U.S. Department of Justice
    P.O. Box 883
    Washington, D.C.  20044
    Telephone: (202) 305-8356
    Facsimile:  (202) 616-8470

Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, *et al.*,<br><br>Defendants. | Case No. CV 09-5640 SI<br><br>**STIPULATION REGARDING DOCUMENT PRODUCTION SCHEDULE AND PARTIAL DISMISSAL** |

1.      The parties note that the following Defendants and subcomponents have responded to Plaintiff's Freedom of Information Act ("FOIA") request in the above-captioned case as follows:[1]

Department of Justice, Executive Office for United States Attorneys

---

[1] The Central Intelligence Agency, Department of Homeland Security, Office of the Director of National Intelligence, Federal Bureau of Investigation, and Department of Defense produced pursuant to an agreement between the parties.

| | |
|---|---|
| Sent Final Response | November 27, 2009 |
| Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Sent No Records Response | November 27, 2009 |
| Department of the Treasury Sent Final Production of Responsive Documents | January 11, 2010 |
| Department of Justice, Drug Enforcement Administration Sent No Records Response | February 1, 2010 |
| Department of Justice, Criminal Division Sent Interim Production of Responsive Documents | March 3, 2010 |
| Department of Justice, Criminal Division Sent Final Response | March 10, 2010 |
| Department of Defense Sent Interim Production of Responsive Documents | May 3, 2010 |
| Department of Homeland Security Sent Final Production of Responsive Documents | May 5, 2010 |
| Department of Justice, Federal Bureau of Investigation Sent Interim Production of Responsive Documents | May 5, 2010 |
| Office of the Director of National Intelligence Sent Final Production of Responsive Documents | May 14, 2010 |
| Department of Justice, Drug Enforcement Administration and Federal Bureau of Investigation Sent Supplemental Productions, Including Responsive Documents | May 14, 2010 |
| Department of Justice, Criminal Division Sent Supplemental Response | May 21, 2010 |

2. The parties propose the following schedule to govern the remaining document productions responsive to Plaintiff's FOIA request as originally filed with the listed Defendant:

| | |
|---|---|
| Central Intelligence Agency's Final Production of Responsive Documents | May 28, 2010 |
| Federal Bureau of Investigation's Final Production of Responsive Documents | July 15, 2010 |
| Department of Defense's Final Production of Responsive Documents | August 15, 2010 |

3.      Plaintiff and Defendants, by and through undersigned counsel, hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure that this action is dismissed without prejudice with regard to Department of Justice subcomponents the Executive Office for United States Attorneys and the Bureau of Alcohol, Tobacco, Firearms and Explosives, with each party to bear its own costs and fees.

DATED: May 27, 2010                          Respectfully submitted,


/s/ Marcia Hofmann                           TONY WEST
ELECTRONIC FRONTIER FOUNDATION               Assistant Attorney General
Marcia Hofmann, Esq.                         JOSEPH P. RUSSONIELLO
454 Shotwell Street                          United States Attorney
San Francisco, CA  94110                     JOHN TYLER
Telephone:  (415) 436-9333                   Assistant Branch Director
Facsimile:  (415) 436-9993

SAMUELSON LAW, TECHNOLOGY                    /s/ Kimberly L. Herb
AND PUBLIC POLICY CLINIC                     Kimberly L. Herb
Jason M. Schultz                             Trial Attorney
U.C. Berkeley School of Law                  United Stated Department of Justice
396 Simon Hall                               Civil Division, Federal Programs Branch
Berkeley, CA 94720-7200                      20 Massachusetts Ave. NW
Telephone: (510) 642-0499                    Washington, DC  20530
Facsimile: (510) 643-4625                    Telephone: (202) 305-8356
                                             Facsimile: (202) 616-8470
                                             E-mail: Kimberly.L.Herb@usdoj.gov
Attorneys for Plaintiff
                                             Attorneys for Defendants


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____                      _____
                                             SUSAN ILLSTON
                                             United States District Judge

1

2

**GENERAL ORDER NO. 45(X) CERTIFICATION**

3

    I attest that I have obtained Marcia Hoffmann's concurrence in the filing of this document.

4

                    */s/ Kimberly L. Herb*             
                    Kimberly L. Herb

5 :

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NO. CV 09-5640 SI

STIPULATION REGARDING CASE MANAGEMENT SCHEDULE AND PARTIAL DISMISSAL

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28