TONY WEST
   Assistant Attorney General
JOSEPH P. RUSSONIELLO
   United States Attorney
JOHN TYLER
   Assistant Branch Director
KIMBERLY L. HERB
   Illinois Bar No. 6296725
   Trial Attorney
   Civil Division, Federal Programs Branch
   U.S. Department of Justice
   P.O. Box 883
   Washington, D.C.  20044
   Telephone: (202) 305-8356
   Facsimile:  (202) 616-8470

Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>             Plaintiff,<br><br>     v.<br><br>DEPARTMENT OF DEFENSE, *et al.*,<br><br>             Defendants. | Case No. CV 09-5640 SI<br><br>**STIPULATION REGARDING DOCUMENT PRODUCTION SCHEDULE AND PARTIAL DISMISSAL** |

    1.    The parties note that the following Defendants and subcomponents have responded to Plaintiff's Freedom of Information Act ("FOIA") request in the above-captioned case as follows:[1]

Department of Justice, Executive Office for United States Attorneys

---

[1] The Central Intelligence Agency, Department of Homeland Security, Office of the Director of National Intelligence, Federal Bureau of Investigation, and Department of Defense produced pursuant to an agreement between the parties.

NO. CV 09-5640 SI
STIPULATION REGARDING CASE MANAGEMENT SCHEDULE AND PARTIAL DISMISSAL

| | | |
|---|---|---|
| 1 | Sent Final Response | November 27, 2009 |
| 2 3 | Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Sent No Records Response | November 27, 2009 |
| 4 5 | Department of the Treasury Sent Final Production of Responsive Documents | January 11, 2010 |
| 6 | Department of Justice, Drug Enforcement Administration Sent No Records Response | February 1, 2010 |
| 7 8 | Department of Justice, Criminal Division Sent Interim Production of Responsive Documents | March 3, 2010 |
| 9 | Department of Justice, Criminal Division Sent Final Response | March 10, 2010 |
| 10 11 | Department of Defense Sent Interim Production of Responsive Documents | May 3, 2010 |
| 12 13 | Department of Homeland Security Sent Final Production of Responsive Documents | May 5, 2010 |
| 14 | Department of Justice, Federal Bureau of Investigation Sent Interim Production of Responsive Documents | May 5, 2010 |
| 15 16 | Office of the Director of National Intelligence Sent Final Production of Responsive Documents | May 14, 2010 |
| 17 18 | Department of Justice, Drug Enforcement Administration and Federal Bureau of Investigation Sent Supplemental Productions, Including Responsive Documents | May 14, 2010 |
| 19 | Department of Justice, Criminal Division Sent Supplemental Response | May 21, 2010 |

2. The parties propose the following schedule to govern the remaining document productions responsive to Plaintiff's FOIA request as originally filed with the listed Defendant:

| | | |
|---|---|---|
| | Central Intelligence Agency's Final Production of Responsive Documents | May 28, 2010 |
| | Federal Bureau of Investigation's Final Production of Responsive Documents | July 15, 2010 |
| | Department of Defense's Final Production of Responsive Documents | August 15, 2010 |

NO. CV 09-5640 SI
STIPULATION REGARDING CASE MANAGEMENT SCHEDULE AND PARTIAL DISMISSAL

2

3. Plaintiff and Defendants, by and through undersigned counsel, hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure that this action is dismissed without prejudice with regard to Department of Justice subcomponents the Executive Office for United States Attorneys and the Bureau of Alcohol, Tobacco, Firearms and Explosives, with each party to bear its own costs and fees.

DATED: May 27, 2010                           Respectfully submitted,

/s/ Marcia Hofmann                             TONY WEST
ELECTRONIC FRONTIER FOUNDATION                 Assistant Attorney General
Marcia Hofmann, Esq.                           JOSEPH P. RUSSONIELLO
454 Shotwell Street                            United States Attorney
San Francisco, CA  94110                       JOHN TYLER
Telephone:  (415) 436-9333                     Assistant Branch Director
Facsimile:  (415) 436-9993

SAMUELSON LAW, TECHNOLOGY                      /s/ Kimberly L. Herb
AND PUBLIC POLICY CLINIC                       Kimberly L. Herb
Jason M. Schultz                               Trial Attorney
U.C. Berkeley School of Law                    United Stated Department of Justice
396 Simon Hall                                 Civil Division, Federal Programs Branch
Berkeley, CA 94720-7200                        20 Massachusetts Ave. NW
Telephone: (510) 642-0499                      Washington, DC  20530
Facsimile: (510) 643-4625                      Telephone: (202) 305-8356
                                               Facsimile: (202) 616-8470
Attorneys for Plaintiff                        E-mail: Kimberly.L.Herb@usdoj.gov

                                               Attorneys for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____               _____
                                     SUSAN ILLSTON
                                     United States District Judge

**GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained Marcia Hoffmann's concurrence in the filing of this document.

*/s/ Kimberly L. Herb*
Kimberly L. Herb

: