TONY WEST
    Assistant Attorney General
JOSEPH P. RUSSONIELLO
    United States Attorney
JOHN TYLER
    Assistant Branch Director
KIMBERLY L. HERB
    Illinois Bar No. 6296725
    Trial Attorney
    Civil Division, Federal Programs Branch
    U.S. Department of Justice
    P.O. Box 883
    Washington, D.C.  20044
    Telephone: (202) 305-8356
    Facsimile:  (202) 616-8470

Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. CV 09-5640 SI |
| Plaintiff, | |
| v. | **STIPULATION REGARDING DOCUMENT PRODUCTION SCHEDULE AND PARTIAL DISMISSAL** |
| DEPARTMENT OF DEFENSE, *et al.*, | |
| Defendants. | |

1.    The parties note that the following Defendants and subcomponents have responded to Plaintiff's Freedom of Information Act ("FOIA") request in the above-captioned case as follows:[1]

Department of Justice, Executive Office for United States Attorneys

---

[1] The Central Intelligence Agency, Department of Homeland Security, Office of the Director of National Intelligence, Federal Bureau of Investigation, and Department of Defense produced pursuant to an agreement between the parties.

NO. CV 09-5640 SI
STIPULATION REGARDING CASE MANAGEMENT SCHEDULE AND PARTIAL DISMISSAL

1

| | |
|---|---|
| Sent Final Response | November 27, 2009 |
| Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Sent No Records Response | November 27, 2009 |
| Department of the Treasury Sent Final Production of Responsive Documents | January 11, 2010 |
| Department of Justice, Drug Enforcement Administration Sent No Records Response | February 1, 2010 |
| Department of Justice, Criminal Division Sent Interim Production of Responsive Documents | March 3, 2010 |
| Department of Justice, Criminal Division Sent Final Response | March 10, 2010 |
| Department of Defense Sent Interim Production of Responsive Documents | May 3, 2010 |
| Department of Homeland Security Sent Final Production of Responsive Documents | May 5, 2010 |
| Department of Justice, Federal Bureau of Investigation Sent Interim Production of Responsive Documents | May 5, 2010 |
| Office of the Director of National Intelligence Sent Final Production of Responsive Documents | May 14, 2010 |
| Department of Justice, Drug Enforcement Administration and Federal Bureau of Investigation Sent Supplemental Productions, Including Responsive Documents | May 14, 2010 |
| Department of Justice, Criminal Division Sent Supplemental Response | May 21, 2010 |

2.   The parties propose the following schedule to govern the remaining document productions responsive to Plaintiff's FOIA request as originally filed with the listed Defendant:

| | |
|---|---|
| Central Intelligence Agency's Final Production of Responsive Documents | May 28, 2010 |
| Federal Bureau of Investigation's Final Production of Responsive Documents | July 15, 2010 |
| Department of Defense's Final Production of Responsive Documents | August 15, 2010 |

3. Plaintiff and Defendants, by and through undersigned counsel, hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure that this action is dismissed without prejudice with regard to Department of Justice subcomponents the Executive Office for United States Attorneys and the Bureau of Alcohol, Tobacco, Firearms and Explosives, with each party to bear its own costs and fees.

DATED: May 27, 2010    Respectfully submitted,

/s/ Marcia Hofmann
ELECTRONIC FRONTIER FOUNDATION
Marcia Hofmann, Esq.
454 Shotwell Street
San Francisco, CA  94110
Telephone:  (415) 436-9333
Facsimile:  (415) 436-9993

TONY WEST
Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
JOHN TYLER
Assistant Branch Director

SAMUELSON LAW, TECHNOLOGY
AND PUBLIC POLICY CLINIC
Jason M. Schultz
U.C. Berkeley School of Law
396 Simon Hall
Berkeley, CA 94720-7200
Telephone: (510) 642-0499
Facsimile: (510) 643-4625

Attorneys for Plaintiff

/s/ Kimberly L. Herb
Kimberly L. Herb
Trial Attorney
United Stated Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC  20530
Telephone: (202) 305-8356
Facsimile: (202) 616-8470
E-mail: Kimberly.L.Herb@usdoj.gov

Attorneys for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/17/10    _____
SUSAN ILLSTON
United States District Judge

NO. CV 09-5640 SI
STIPULATION REGARDING CASE MANAGEMENT SCHEDULE AND PARTIAL DISMISSAL

2

**GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained Marcia Hoffmann's concurrence in the filing of this document.

                            */s/ Kimberly L. Herb*
                            Kimberly L. Herb

:

NO. CV 09-5640 SI
STIPULATION REGARDING CASE MANAGEMENT SCHEDULE AND PARTIAL DISMISSAL

3