TONY WEST
    Assistant Attorney General
JOSEPH P. RUSSONIELLO
    United States Attorney
JOHN TYLER
    Assistant Branch Director
KIMBERLY L. HERB
    Illinois Bar No. 6296725
    Trial Attorney
    Civil Division, Federal Programs Branch
    U.S. Department of Justice
    P.O. Box 883
    Washington, D.C. 20044
    Telephone: (202) 305-8356
    Facsimile: (202) 616-8470

Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. CV 09-5640 SI |
| Plaintiff, | |
| v. | **STIPULATION TO CHANGE TIME FOR FILING DISPOSITIVE MOTIONS** |
| DEPARTMENT OF DEFENSE, *et al.*, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil L.R. 6-2, the parties, by and through undersigned counsel, hereby stipulate and respectfully move to change the time for the filing of dispositive motions until after the Case Management Conference on July 16, 2010. The requested change will not significantly affect the present schedule for the case. In accordance with Civil L.R. 6-2(a), this motion is supported by the Declaration of Kimberly L. Herb, counsel for Defendants, filed herewith and a proposed order below.

NO. CV 09-5640 SI
STIPULATION REGARDING CASE MANAGEMENT SCHEDULE

1. The parties submit, and the Declaration of Ms. Herb establishes, that there is good cause for the requested change as follows:

   a. During the Initial Case Management Conference on March 12, 2010, the parties agreed that the Executive Office for United States Attorneys ("EOUSA"), Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), the Department of the Treasury ("Treasury"), and the Department of Justice, Criminal Division ("Criminal Division") and Drug Enforcement Administration ("DEA") would submit dispositive motions on June 11, 2010. (Docket 13.) The parties further agreed to discuss a time for dispositive motions for the remaining defendants and subcomponents—the Central Intelligence Agency ("CIA"), Department of Homeland Security ("DHS"), Office of the Director of National Intelligence ("ODNI"), Federal Bureau of Investigation ("FBI"), and Department of Defense ("DOD")—during the Further Case Management Conference scheduled for July 16, 2010.

   b. Subsequent to the Initial Case Management Conference, and most recently on May 21, 2010, Plaintiff indicated its intention to file new or amended FOIA requests with ATF, CIA, DEA, DOD, EOUSA, FBI, and the Criminal Division. EFF needed to file new FOIA requests with EOUSA and ATF to correct an earlier failure to exhaust administrative remedies. EFF also filed new and amended requests[1] to address a good faith disagreement between the parties—EFF believed its original requests encompassed a request for third-party documents within the agencies' possession, and Defendants believed the original requests only sought agency-authored documents. Many of the

---

[1] References to the "new and amended requests" or requests "recently filed" refer to EFF's FOIA requests relating to this matter dated as follows: requests with the CIA, FBI, and DOD dated May 20, 2010; requests with ATF, DEA, U.S. Air Force, and the Criminal Division dated May 21, 2010; and requests with EOUSA dated April 7, 2010 and May 21, 2010.

NO. CV 09-5640 SI
STIPULATION REGARDING CASE MANAGEMENT SCHEDULE AND PARTIAL DISMISSAL

2

Defendants had not previously searched for documents authored by third parties, and these Defendants will need additional time to process EFF's recent requests. EFF notes that its submission of new and amended FOIA requests was not a concession that third-party documents were outside the scope of its original requests, but was intended as a clarification that EFF believed those documents to be included within the scope of those requests.

    c.    The briefing schedule originally entered into by the parties in March 2010 was based on the FOIA requests as originally filed. If the parties adhere to the present schedule in the wake of EFF's service of new and amended FOIA requests, this litigation might include more motions and briefs than initially contemplated, as EFF would have to file multiple motions to consolidate the new and amended requests and rejoin EOUSA and ATF to the present action.

    d.    In an effort to conserve the Court's and parties' resources, the parties have agreed solely for the purposes of the present case to the following:

        i.    EFF will exhaust in a timely fashion its administrative remedies with regard to its recently filed FOIA requests with EOUSA and ATF. If EFF seeks to challenge EOUSA's or ATF's response after exhaustion, (1) EFF will file a new action against either or both of those agencies and seek to consolidate it with the present action, and (2) Defendants agree that they will not oppose consolidation of a new action against EOUSA and ATF emanating from the recently filed FOIA requests;

        ii.    Defendants agree that they will not require EFF to pursue administrative remedies, file complaints, or seek consolidation for any other aspect

of the new and amended requests, with the exception of the process described in paragraph 1(d)(i) concerning EOUSA and ATF;

        iii.      Subject to the FOIA and agency regulations, EFF has the right to file FOIA requests on any issue of its choosing; EFF agrees, however, that it will not seek to consolidate any litigation arising from FOIA requests submitted after the date of this stipulation with the present action; and

        iv.      The parties agree that EFF retains the right to challenge Defendants' document processing and production, including the adequacy of the searches and any claimed exemptions, in this case.

2. There have been no previous modifications of time in this case.

3. The requested enlargement will not significantly affect the present schedule for the case.

    a.    While this stipulation and proposed order will delay briefing on Plaintiff's FOIA requests as originally filed with ATF, EOUSA, Treasury, DEA, and the Criminal Division, this delay is not significant in light of the fact that motions on the original requests might not resolve all the issues relating to these Defendants.

    b.    The requested change of time for filing dispositive motions will not affect the present schedule with regard to the CIA, DHS, ODNI, FBI, and DOD, as the parties were to discuss a motions schedule with regard to these Defendants during the Further Case Management Conference on July 16, 2010.

    c.    The parties propose to retain the Further Case Management Conference currently scheduled with the Court on July 16, 2010. At that time, the parties will update the Court on the processing of all of Plaintiff's FOIA requests to date.

NO. CV 09-5640 SI
STIPULATION REGARDING CASE MANAGEMENT SCHEDULE AND PARTIAL DISMISSAL

4

d. The parties believe that briefing on dispositive motions with regard to all the current Defendants and subcomponents can commence in early fall of this year. The parties anticipate that EOUSA and ATF, assuming timely exhaustion, will be ready to file dispositive motions at the same time as the Defendants currently party to this action.

\* \* \*

In order to allow Defendants sufficient time to complete the processing of Plaintiff's recently filed FOIA requests, the parties hereby respectfully request that the Court change the time for the briefing scheduled for June 11, 2010 and permit the parties to discuss a new briefing schedule during the Further Case Management Conference scheduled on July 16, 2010.

DATED: June 10, 2010                                    Respectfully submitted,


*/s/ Marcia Hofmann*                                     TONY WEST
ELECTRONIC FRONTIER FOUNDATION            Assistant Attorney General
Marcia Hofmann, Esq.                                    JOSEPH P. RUSSONIELLO
454 Shotwell Street                                          United States Attorney
San Francisco, CA  94110                                JOHN TYLER
Telephone:  (415) 436-9333                            Assistant Branch Director
Facsimile:  (415) 436-9993

SAMUELSON LAW, TECHNOLOGY           */s/ Kimberly L. Herb*
AND PUBLIC POLICY CLINIC                       Kimberly L. Herb
Jason M. Schultz                                              Trial Attorney
U.C. Berkeley School of Law                          United Stated Department of Justice
                                                                         Civil Division, Federal Programs Branch
396 Simon Hall                                                20 Massachusetts Ave. NW
Berkeley, CA 94720-7200                              Washington, DC  20530
Telephone: (510) 642-0499                            Telephone: (202) 305-8356
Facsimile: (510) 643-4625                              Facsimile: (202) 616-8470
                                                                          E-mail: Kimberly.L.Herb@usdoj.gov
Attorneys for Plaintiff
                                                                          Attorneys for Defendants

NO. CV 09-5640 SI
STIPULATION REGARDING CASE MANAGEMENT SCHEDULE AND PARTIAL DISMISSAL

1 **ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

3
Dated: _____         _____
4                                SUSAN ILLSTON
                                 United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained Marcia Hoffmann's concurrence in the filing of this document.

*/s/ Kimberly L. Herb*
Kimberly L. Herb

NO. CV 09-5640 SI
STIPULATION REGARDING CASE MANAGEMENT SCHEDULE AND PARTIAL DISMISSAL

7