TONY WEST
Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
JOHN TYLER
Assistant Branch Director
KIMBERLY L. HERB
Illinois Bar No. 6296725
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C.  20044
Telephone: (202) 305-8356
Facsimile:  (202) 616-8470

Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, *et al.*,<br><br>Defendants. | Case No. CV 09-5640 SI<br><br>**STIPULATION TO CHANGE TIME FOR FURTHER CASE MANAGEMENT CONFERENCE** |

Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil L.R. 6-2, the parties, by and through undersigned counsel, hereby stipulate and respectfully move for this Court to change the date of the Case Management Conference from September 10, 2010 to October 15, 2010.  The requested change will not affect the present schedule for the case.  In accordance with Civil L.R. 6-2(a), this stipulation is supported by the Declaration of Kimberly L. Herb, counsel for Defendants, filed herewith and a proposed order below.

The parties jointly request this extension to allow Plaintiff time to review Defendant Department of Justice, Criminal Division's final release of documents, which is scheduled for September 30, 2010. By changing the case management conference to October 15, 2010, the parties will have sufficient time to plan for and schedule dispositive motions and to narrow the issues requiring resolution by the Court. The parties are currently in active discussions regarding case management and plan to have a proposed motion schedule to the Court in the next Case Management Conference Statement.

On June 10, 2010, the parties filed a stipulation and proposed order to change the time for filing dispositive motions until after the Case Management Conference on July 16, 2010. Dkt. No. 16. The Court signed the proposed order on July 6, 2010. Dkt. No. 18. On July 9, 2010, the parties filed a Joint Case Management Statement, Dkt. No. 19, and appeared for the Case Management Conference on July 16, 2010. At that time, the parties informed the Court that they planned to meet and confer by August 31, 2010 to determine the issues remaining in this action and to propose a timeline for the resolution of those issues. The parties met on August 30, 2010 and discussed a tentative motion schedule. The parties intend to meet again in early October, 2010 and still believe that briefing on dispositive motions with regard to all the current Defendants and subcomponents can commence this year.

The requested time modification should not adversely affect the Court's schedule because the parties are in active discussions about the schedule for dispositive motions. Granting the request would allow the parties time to narrow the issues for the Court.

* * *

The parties hereby respectfully request that the Court change the time for the Case Management Conference from September 10, 2010 to October ~~15~~ 26, 2010, or to the Court's earliest convenience thereafter.

NO. CV 09-5640 SI                                                                                                              2
STIPULATION TO CHANGE TIME FOR FURTHER CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| DATED:  September 3, 2010 | Respectfully submitted, |
| /s/ Jason Schultz<br>ELECTRONIC FRONTIER FOUNDATION<br>Jennifer Lynch, Esq.<br>Marcia Hofmann, Esq.<br>454 Shotwell Street<br>San Francisco, CA  94110<br>Telephone:  (415) 436-9333<br>Facsimile:  (415) 436-9993<br>Email:  jlynch@eff.org<br><br>SAMUELSON LAW, TECHNOLOGY<br>AND PUBLIC POLICY CLINIC<br>Jason M. Schultz<br>U.C. Berkeley School of Law<br>396 Simon Hall<br>Berkeley, CA 94720-7200<br>Telephone: (510) 642-0499<br>Facsimile: (510) 643-4625<br>E-mail: jschultz@law.berkeley.edu<br><br>Attorneys for Plaintiff | TONY WEST<br>Assistant Attorney General<br>JOSEPH P. RUSSONIELLO<br>United States Attorney<br>JOHN TYLER<br>Assistant Branch Director<br><br>/s/ Kimberly L. Herb<br>Kimberly L. Herb<br>Trial Attorney<br>United Stated Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave. NW<br>Washington, DC  20530<br>Telephone: (202) 305-8356<br>Facsimile: (202) 616-8470<br>E-mail: Kimberly.L.Herb@usdoj.gov<br><br>Attorneys for Defendants |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
SUSAN ILLSTON
United States District Judge

**GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained Jason Schultz's concurrence in the filing of this document.

                                                  */s/ Kimberly L. Herb*
                                                  Kimberly L. Herb

: