Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
Marcia Hoffmann (SBN 250087)
*marcia@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:   (415) 436-9333
Facsimile:    (415) 436-9993

Jason M. Schultz (SBN 212600)
*jschultz@law.berkeley.edu*
SAMUELSON LAW, TECHNOLOGY
& PUBLIC POLICY CLINIC
UC Berkeley School of Law
396 Simon Hall
Berkeley, CA 94720-7200
Telephone: (510) 642-0499
Facsimile: (510) 643-4625

Attorneys for Plaintiff
Electronic Frontier Foundation

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No.  3:09-CV-05640-SI |
| Plaintiff, | |
| vs. | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE OF CASE MANAGEMENT CONFERENCE** |
| DEPARTMENT OF DEFENSE, ET AL., | |
| Defendants. | Date:            October 26, 2010<br>Time:           3:00 p.m.<br>Courtroom:  10, 19th Floor |

1   Plaintiff Electronic Frontier Foundation (EFF) and Defendants Department of Defense, et al
2   hereby stipulate to and respectfully request that this Court continue the date of the Case
3   Management Conference (CMC) from October 26, 2010 to January 14, 2011, or to the Court's
4   earliest convenience thereafter. The parties have discussed case management and have filed a
5   proposed schedule in their Joint Case Management Statement, Dkt. No. 24, that will resolve the
6   remaining issues in the case. Because the parties have agreed on the proposed schedule and believe
7   they can work together over the next few months to narrow the issues, the parties do not believe a
8   CMC is necessary at this time.

9   On June 10, 2010, the parties filed a stipulation and proposed order to change time for filing
10  dispositive motions until after the CMC on July 16, 2010. The Court signed the proposed order on
11  July 6, 2010. On July 9, 2010, the parties filed a Joint Case Management Statement and appeared
12  for the CMC on July 16, 2010. At that time the parties informed the court that they planned to meet
13  and confer by August 31, 2010 to determine the issues remaining in this action and to propose a
14  timeline for the resolution of those issues. The parties met on August 30, 2010 and discussed a
15  tentative motion schedule. On September 3, 2010, the parties filed a stipulation and proposed order
16  to continue the CMC to allow Plaintiff time to review Department of Justice Criminal Division's
17  final release of documents on September 30, 2010. The Court granted the motion on September 8,
18  2010 and continued the CMC to October 26, 2010.

19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

The requested time modification should not adversely affect the Court's schedule because the parties have proposed a schedule for resolving the case and are in active discussions about narrowing the issues requiring the Court's attention.

DATED: October 19, 2010

Respectfully submitted,

| | |
|---|---|
| /s/ Jennifer Lynch | TONY WEST |
| ELECTRONIC FRONTIER FOUNDATION | Assistant Attorney General |
| Jennifer Lynch, Esq. | |
| Marcia Hoffman, Esq. | JOSEPH P. RUSSONIELLO |
| 454 Shotwell Street | United States Attorney |
| San Francisco, CA 94110 | |
| Telephone: (415) 436-9333 | JOHN TYLER |
| Facsimile: (415) 436-9993 | Assistant Branch Director |
| E-mail: jlynch@eff.org | |
| | |
| Jason M. Schultz | /s/ Kimberly L. Herb |
| SAMUELSON LAW, TECHNOLOGY & | Kimberly L. Herb |
| PUBLIC POLICY CLINIC | Trial Attorney |
| UC Berkeley School of Law | United Stated Department of Justice |
| 396 Simon Hall | Civil Division, Federal Programs Branch |
| Berkeley, CA 94720-7200 | 20 Massachusetts Ave. NW |
| Telephone: (510) 642-0499 | Washington, DC 20530 |
| Facsimile: (510) 643-4625 | Telephone: (202) 305-8356 |
| E-mail: jschultz@law.berkeley.edu | Facsimile: (202) 616-8470 |
| | E-mail: Kimberly.L.Herb@usdoj.gov |
| Attorneys for Plaintiff | Attorneys for Defendants |

**GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained Kimberly Herb's concurrence in the filing of this document.

            /s/ Jennifer Lynch
            Jennifer Lynch

\*  \*  \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____     _____
            Hon. Susan Ilston
            United States District Judge