TONY WEST
   Assistant Attorney General
MELINDA L. HAAG
   United States Attorney
JOHN TYLER
   Assistant Branch Director
KIMBERLY L. HERB
   Illinois Bar No. 6296725
   Trial Attorney
   Civil Division, Federal Programs Branch
   U.S. Department of Justice
   P.O. Box 883
   Washington, D.C.  20044
   Telephone: (202) 305-8356
   Facsimile:  (202) 616-8470

Attorneys for DEFENDANTS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No.  3:09-CV-05640-SI |
| Plaintiff, | |
| vs. | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE OF CASE MANAGEMENT CONFERENCE** |
| DEPARTMENT OF DEFENSE, ET AL., | |
| Defendants. | Date:          January 14, 2011<br>Time:          2:30 p.m.<br>Courtroom:   10, 19th Floor |

Plaintiff Electronic Frontier Foundation (EFF) and Defendants Department of Defense, et al hereby stipulate to and respectfully request that this Court continue the date of the Case Management Conference (CMC) from January 14, 2011 to January 28, 2011.  Plaintiff filed a Motion for Consolidation of Cases on December 22, 2010. (Dkt. No. 30.)  That motion is calendared for argument before this Court on January 28, 2011.  Because the case management schedule is largely dependent on what is discussed and decided as a result of that motion, the parties believe that it would be most beneficial to discuss case management on the same day as the motion for consolidation.

On June 10, 2010, the parties filed a stipulation and proposed order to change time for filing dispositive motions until after the CMC on July 16, 2010.  The Court signed the proposed order on July 6, 2010.  On July 9, 2010, the parties filed a Joint Case Management Statement and appeared for the CMC on July 16, 2010.  At that time, the parties informed the court that they planned to meet and confer by August 31, 2010 to determine the issues remaining in this action and to propose a timeline for the resolution of those issues.  The parties met on August 30, 2010 and discussed a tentative motion schedule.  On September 3, 2010, the parties filed a stipulation and proposed order to continue the CMC to allow Plaintiff time to review Department of Justice Criminal Division's final release of documents on September 30, 2010.  The Court granted the motion on September 8, 2010 and continued the CMC to October 26, 2010.  On October 19, 2011, the parties filed a stipulation and proposed order to continue the CMC because the parties had submitted a proposed schedule for resolution of the case.

The requested time modification should not adversely affect the Court's schedule because the parties have proposed a schedule for resolving the case and are in active discussions about narrowing the issues requiring the Court's attention.

Case No. 3:09-CV-05640-SI                                        -2-
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE OF
CASE MANAGEMENT CONFERENCE

DATED: January 7, 2011

Respectfully submitted,

| | |
|---|---|
| */s/ Jennifer Lynch* <br> ELECTRONIC FRONTIER FOUNDATION <br> Jennifer Lynch, Esq. <br> Marcia Hoffman, Esq. <br> 454 Shotwell Street <br> San Francisco, CA  94110 <br> Telephone:  (415) 436-9333 <br> Facsimile:  (415) 436-9993 <br> E-mail: jlynch@eff.org <br><br> Jason M. Schultz <br> SAMUELSON LAW, TECHNOLOGY & PUBLIC POLICY CLINIC <br> UC Berkeley School of Law <br> 396 Simon Hall <br> Berkeley, CA 94720-7200 <br> Telephone: (510) 642-0499 <br> Facsimile: (510) 643-4625 <br> E-mail: jschultz@law.berkeley.edu <br><br> Attorneys for Plaintiff | TONY WEST <br> Assistant Attorney General <br><br> JOSEPH P. RUSSONIELLO <br> United States Attorney <br><br> JOHN TYLER <br> Assistant Branch Director <br><br> */s/ Kimberly L. Herb* <br> Kimberly L. Herb <br> Trial Attorney <br> United Stated Department of Justice <br> Civil Division, Federal Programs Branch <br> 20 Massachusetts Ave. NW <br> Washington, DC 20530 <br> Telephone: (202) 305-8356 <br> Facsimile: (202) 616-8470 <br> E-mail: Kimberly.L.Herb@usdoj.gov <br><br> Attorneys for Defendants |

**GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained Jennifer Lynch's concurrence in the filing of this document.

                                                    */s/ Kimberly L. Herb* <br>
                                                    Kimberly L. Herb

\*      \*      \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____      _____ <br>
                                      Hon. Susan Ilston <br>
                                        United States District Judge