Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
Marcia Hoffmann (SBN 250087)
*marcia@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Jason M. Schultz (SBN 212600)
*jschultz@law.berkeley.edu*
SAMUELSON LAW, TECHNOLOGY
& PUBLIC POLICY CLINIC
UC Berkeley School of Law
396 Simon Hall
Berkeley, CA 94720-7200
Telephone: (510) 642-0499
Facsimile: (510) 643-4625

Attorneys for Plaintiff
Electronic Frontier Foundation

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. 3:09-CV-05640-SI |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL OF PARTIES** |
| DEPARTMENT OF DEFENSE, ET AL., | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Electronic Frontier Foundation and Defendants Department of Defense, Central Intelligence Agency, Department of Homeland Security, Department of Justice, Department of Treasury and Office of the Director of National Intelligence stipulate that all remaining claims in the above-captioned case are dismissed with prejudice in their entirety only as to Defendants Department of Defense and its components,

Department of Treasury and its component Internal Revenue Service, Office of the Director of National Intelligence and the Central Intelligence Agency.

DATED: January 21, 2011

Respectfully submitted,

| | |
|---|---|
| */s/ Jennifer Lynch* | TONY WEST |
| ELECTRONIC FRONTIER FOUNDATION | Assistant Attorney General |
| Jennifer Lynch, Esq. | |
| Marcia Hoffman, Esq. | JOSEPH P. RUSSONIELLO |
| 454 Shotwell Street | United States Attorney |
| San Francisco, CA 94110 | |
| Telephone: (415) 436-9333 | JOHN TYLER |
| Facsimile: (415) 436-9993 | Assistant Branch Director |
| E-mail: jlynch@eff.org | |
| | |
| Jason M. Schultz | */s/ Kimberly Herb* |
| SAMUELSON LAW, TECHNOLOGY & | Kimberly L. Herb |
| PUBLIC POLICY CLINIC | Trial Attorney |
| UC Berkeley School of Law | United Stated Department of Justice |
| 396 Simon Hall | Civil Division, Federal Programs Branch |
| Berkeley, CA 94720-7200 | 20 Massachusetts Ave. NW |
| Telephone: (510) 642-0499 | Washington, DC 20530 |
| Facsimile: (510) 643-4625 | Telephone: (202) 305-8356 |
| E-mail: jschultz@law.berkeley.edu | Facsimile: (202) 616-8470 |
| | E-mail: Kimberly.L.Herb@usdoj.gov |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained Kimberly Herb's concurrence in the filing of this document.

                                                                                            */s/Jennifer Lynch*
                                                                                            Jennifer Lynch

\*   \*   \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____     _____
                                           Hon. Susan Ilston
                                           United States District Judge