Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
Marcia Hofmann (SBN 250087)
*marcia@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:   (415) 436-9333
Facsimile:    (415) 436-9993

Jason M. Schultz (SBN 212600)
*jschultz@law.berkeley.edu*
SAMUELSON LAW, TECHNOLOGY
& PUBLIC POLICY CLINIC
UC Berkeley School of Law
396 Simon Hall
Berkeley, CA 94720-7200
Telephone: (510) 642-0499
Facsimile: (510) 643-4625

Attorneys for Plaintiff
Electronic Frontier Foundation

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> Plaintiff, <br><br> vs. <br><br> DEPARTMENT OF DEFENSE, ET AL., <br><br> Defendants. | Case Nos. CV-09-05640-SI <br>            CV-10-05526-SI <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE OF CASE MANAGEMENT CONFERENCE** <br><br> Date:        January 28, 2011 <br> Time:       3:00 p.m. <br> Courtroom:  10, 19th Floor |

Plaintiff Electronic Frontier Foundation (EFF) and Defendants Department of Defense, et al hereby stipulate to and respectfully request that this Court continue the date of the Case Management Conference (CMC) from January 28, 2011 to February 25, 2011, or to the Court's earliest convenience thereafter. On January 24, 2011, the Court granted Plaintiff's Motion to Consolidate Cases and ordered the parties to meet and confer and submit a joint proposal for continued briefing dates. (Dkt. 41) Given this Order, the parties believe a Case Management Conference would be better held after the parties have had a chance to agree to new briefing dates. Continuing the CMC to February 25, 2011 would allow Ms. Kimberly Herb, the government's attorney, time to meet with her clients in Consolidated Case No. 10-05526 to discuss preparing for summary judgment and would also allow the parties time to meet and confer and agree to new dates.

On June 10, 2010, the parties filed a stipulation and proposed order to change time for filing dispositive motions until after the CMC on July 16, 2010. The Court signed the proposed order on July 6, 2010. On July 9, 2010, the parties filed a Joint Case Management Statement and appeared for the CMC on July 16, 2010. At that time the parties informed the court that they planned to meet and confer by August 31, 2010 to determine the issues remaining in this action and to propose a timeline for the resolution of those issues. The parties met on August 30, 2010 and discussed a tentative motion schedule. On September 3, 2010, the parties filed a stipulation and proposed order to continue the CMC to allow Plaintiff time to review Department of Justice Criminal Division's final release of documents on September 30, 2010. The Court granted the motion on September 8, 2010 and continued the CMC to October 26, 2010. On October 19, 2011, the parties filed a stipulation and proposed order to continue the CMC because the parties had submitted a proposed schedule for resolution of the case. The Court continued the CMC to January 14, 2011. On January 7, 2011, the parties filed a stipulation and proposed order to continue the CMC to January 28, 2011 to discuss case management on the same date as the hearing for Plaintiff's Motion to Consolidate. The Court continued the CMC to January 28, 2011.

//

//

The requested time modification should not adversely affect the Court's schedule because the parties are actively working to develop a schedule for resolving the case and to narrow the issues requiring the Court's attention.

DATED: January 27, 2010

Respectfully submitted,

| | |
|---|---|
| /s/ Jennifer Lynch | TONY WEST |
| ELECTRONIC FRONTIER FOUNDATION | Assistant Attorney General |
| Jennifer Lynch, Esq. | |
| Marcia Hoffman, Esq. | JOSEPH P. RUSSONIELLO |
| 454 Shotwell Street | United States Attorney |
| San Francisco, CA 94110 | |
| Telephone: (415) 436-9333 | JOHN TYLER |
| Facsimile: (415) 436-9993 | Assistant Branch Director |
| E-mail: jlynch@eff.org | |
| | |
| Jason M. Schultz | /s/ Kimberly L. Herb |
| SAMUELSON LAW, TECHNOLOGY & | Kimberly L. Herb |
| PUBLIC POLICY CLINIC | Trial Attorney |
| UC Berkeley School of Law | United Stated Department of Justice |
| 396 Simon Hall | Civil Division, Federal Programs Branch |
| Berkeley, CA 94720-7200 | 20 Massachusetts Ave. NW |
| Telephone: (510) 642-0499 | Washington, DC 20530 |
| Facsimile: (510) 643-4625 | Telephone: (202) 305-8356 |
| E-mail: jschultz@law.berkeley.edu | Facsimile: (202) 616-8470 |
| | E-mail: Kimberly.L.Herb@usdoj.gov |
| Attorneys for Plaintiff | Attorneys for Defendants |

**GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained Kimberly Herb's concurrence in the filing of this document.

/s/ Jennifer Lynch
Jennifer Lynch

\*     \*     \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____     _____
Hon. Susan Ilston
United States District Judge