Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
Marcia Hoffmann (SBN 250087)
*marcia@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:   (415) 436-9333
Facsimile:    (415) 436-9993

Jason M. Schultz (SBN 212600)
*jschultz@law.berkeley.edu*
SAMUELSON LAW, TECHNOLOGY
& PUBLIC POLICY CLINIC
UC Berkeley School of Law
396 Simon Hall
Berkeley, CA 94720-7200
Telephone: (510) 642-0499
Facsimile: (510) 643-4625

Attorneys for Plaintiff
Electronic Frontier Foundation

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. 3:09-CV-05640-SI |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE** |
| DEPARTMENT OF DEFENSE, ET AL., | Judge:  Hon. Susan Illston |
| Defendants. | Date:   February 25, 2011<br>Time:   2:30 p.m.<br>Place:  Courtroom 10, 19th Floor |

This matter came on for a status hearing before the Court on February 25, 2011. In preparation for the status hearing, the parties have conferred and agreed to a procedure intended to streamline the resolution of the remaining issues in this lawsuit. In furtherance of this objective, and with the goal of making the most efficient use of scarce judicial resources, the parties have agreed to the following deadlines in this case. The parties jointly request that the Court adopt the parties' proposed schedule.

| Task | Date |
|---|---|
| Defendants DHS/ICE complete search and production of all documents. | May 25, 2011 |
| Defendants DHS/ICE provide Plaintiff with a draft *Vaughn* index and a description of their searches. | July 1, 2011 |
| Plaintiff will inform DHS/ICE of the documents and redactions on which it would like to proceed to summary judgment. | August 8, 2011 |
| Defendants Secret Service, FBI, Criminal Division, DHS, and ICE move for summary judgment and file *Vaughn* indexes with the Court. | September 23, 2011 |
| Plaintiff files opposition and cross-moves for summary judgment. | October 21, 2011 |
| Defendants file reply and opposition to Plaintiff's motion. | November 4, 2011 |
| Plaintiff files reply in support of motion for summary judgment. | November 18, 2011 |
| Oral argument. | December 9, 2011 |

Case No. 3:09-CV-05640-SI         -2-
STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE

DATED: February 28, 2011                              Respectfully submitted,

/s/   Jennifer Lynch
ELECTRONIC FRONTIER FOUNDATION
Jennifer Lynch, Esq.
Marcia Hofmann, Esq.
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

SAMUELSON LAW, TECHNOLOGY
AND PUBLIC POLICY CLINIC
Jason M. Schultz
U.C. Berkeley School of Law
396 Simon Hall
Berkeley, CA 94720-7200
Telephone: (510) 642-0499
Facsimile: (510) 643-4625

Attorneys for Plaintiff

TONY WEST
Assistant Attorney General

JOHN TYLER
Assistant Branch Director

/s/   Kimberly Herb
Kimberly L. Herb
Trial Attorney
United Stated Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Telephone: (202) 305-8356
Facsimile: (202) 616-8470
E-mail: Kimberly.L.Herb@usdoj.gov

Attorneys for Defendants

**GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained Kimberly Herb's concurrence in the filing of this document.

   /s/ Jennifer Lynch
   Jennifer Lynch

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/28/11

Hon. Susan Ilston
United States District Judge