Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:   (415) 436-9333
Facsimile:    (415) 436-9993

Jason M. Schultz (SBN 212600)
*jschultz@law.berkeley.edu*
Lila Bailey  (SBN 238918)
*lbailey@law.berkeley.edu*
SAMUELSON LAW, TECHNOLOGY
& PUBLIC POLICY CLINIC
UC Berkeley School of Law
396 Simon Hall
Berkeley, CA 94720-7200
Telephone: (510) 642-0499
Facsimile: (510) 643-4625

Attorneys for Plaintiff
Electronic Frontier Foundation

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, ET AL.,<br><br>Defendants. | Case No.  3:09-CV-05640-SI<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT DRUG ENFORCEMENT ADMINISTRATION**<br><br>Hon. Susan Illston<br>Courtroom 10, 19th Floor |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Electronic Frontier Foundation and Defendants Department of Homeland Security and its components and Department of Justice and its components stipulate that all remaining claims in the above-captioned case are dismissed with

Case No. 3:09-CV-05640-SI
STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANT DEA

prejudice in their entirety only as to Defendant Drug Enforcement Administration, with each party to bear its own costs and fees.

DATED: September 15, 2011

Respectfully submitted,

| | |
|---|---|
| */s/ Jennifer Lynch* <br> ELECTRONIC FRONTIER FOUNDATION <br> Jennifer Lynch, Esq. <br> 454 Shotwell Street <br> San Francisco, CA 94110 <br> Telephone: (415) 436-9333 <br> Facsimile: (415) 436-9993 <br> E-mail: jlynch@eff.org <br><br> Jason M. Schultz <br> Lila Bailey <br> SAMUELSON LAW, TECHNOLOGY & PUBLIC POLICY CLINIC <br> UC Berkeley School of Law <br> 396 Simon Hall <br> Berkeley, CA 94720-7200 <br> Telephone: (510) 642-0499 <br> Facsimile: (510) 643-4625 <br> E-mail: jschultz@law.berkeley.edu <br><br> *Attorneys for Plaintiff* | TONY WEST <br> Assistant Attorney General <br><br> JOSEPH P. RUSSONIELLO <br> United States Attorney <br><br> JOHN TYLER <br> Assistant Branch Director <br><br> */s/ Kimberly Herb* <br> Kimberly L. Herb <br> Trial Attorney <br> United Stated Department of Justice <br> Civil Division, Federal Programs Branch <br> 20 Massachusetts Ave. NW <br> Washington, DC 20530 <br> Telephone: (202) 305-8356 <br> Facsimile: (202) 616-8470 <br> E-mail: Kimberly.L.Herb@usdoj.gov <br><br> *Attorneys for Defendants* |

**GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained Kimberly Herb's concurrence in the filing of this document.

*/s/Jennifer Lynch*
Jennifer Lynch

\* \* \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___9/19/11___        _____
                            Hon. Susan Ilston
                            United States District Judge