TONY WEST
  Assistant Attorney General
MELINDA L. HAAG
  United States Attorney
JOHN TYLER
  Assistant Branch Director
KIMBERLY L. HERB
  Illinois Bar No. 6296725
  Trial Attorney
  Civil Division, Federal Programs Branch
  U.S. Department of Justice
  P.O. Box 883
  Washington, D.C. 20044
  Telephone: (202) 305-8356
  Facsimile: (202) 616-8470

Attorneys for DEFENDANTS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. 3:09-CV-05640-SI |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO AMEND BRIEFING SCHEDULE** |
| DEPARTMENT OF DEFENSE, ET AL., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Civil L.R. 6-2, Plaintiff Electronic Frontier Foundation ("EFF") and Defendants Department of Justice, Criminal Division; U.S. Secret Service; Federal Bureau Investigation; and Department of Homeland Security (collectively "Defendants") hereby stipulate to and respectfully request that this Court extend the briefing schedule for the filing of the parties' reply briefs related to their dispositive motions.  Defendants requested the revisions to the briefing schedule due to the illness of Defendants' counsel.

1. Defendants submit that the Declaration of Kimberly L. Herb establishes good cause for the requested enlargement as follows:

    a. On September 22, 2011, the parties filed a stipulation proposing the following dates for briefing on the parties dispositive motions:  Defendants file their motion for summary judgment on October 21, 2011; EFF files its opposition and cross-motion on November 18, 2011; Defendants file their reply and opposition to EFF's cross-motion on December 2, 2011; EFF files its reply to its cross- motion on December 16, 2011; the Court holds a hearing on the parties' dispositive motions on January 13, 2012.  The Court granted the parties' stipulation on September 27, 2011.  (Dkt. 54.)

    b. Defendants filed their motion for summary judgment on October 21, 2011.  (Dkt. 55.)  EFF filed its opposition to Defendants' motion and cross moved for summary judgment on November 17, 2011.  (Dkt. 56.)

    c. Counsel for Defendants became ill on November 21, 2011 with respiratory and sinus infections.  She has been out of the office for much of the last ten days due to illness and reactions to medication.  As a result, she has not had adequate time to prepare Defendants' reply brief and requested that EFF grant an extension of the briefing schedule.

    d. On December 1, 2011, defense counsel conferred with EFF's counsel regarding the briefing schedule for the parties' reply brief related to their dispositive motions.  The parties agreed to revise the briefing schedule as follows:  Defendants file their

reply brief in support of Defendants' motion for summary judgment and opposition to EFF's cross-motion for summary judgment on December 16, 2011; EFF files its reply for its cross-motion on January 6, 2012; the Court holds a hearing on the parties' dispositive motions on January 20, 2012.

2. While the requested enlargement will affect the present briefing schedule for this case, the parties believe a short extension of the briefing schedule is warranted given the circumstances. Furthermore, the parties believe this case will be resolved on summary judgment, and thus this case can be resolved expeditiously after the filing of the parties' motions.

* * *

The parties respectfully request that the Court extend the briefing schedule for the filing of the parties' dispositive motions such that they may be filed as discussed in paragraph 1(d) above.

DATED: December 2, 2011

Respectfully submitted,

| | |
|---|---|
| */s/ Jennifer Lynch* | TONY WEST |
| ELECTRONIC FRONTIER FOUNDATION | Assistant Attorney General |
| Jennifer Lynch, Esq. | |
| Marcia Hoffman, Esq. | JOSEPH P. RUSSONIELLO |
| 454 Shotwell Street | United States Attorney |
| San Francisco, CA 94110 | |
| Telephone: (415) 436-9333 | JOHN TYLER |
| Facsimile: (415) 436-9993 | Assistant Branch Director |
| E-mail: jlynch@eff.org | |
| | |
| Jason M. Schultz | */s/ Kimberly L. Herb* |
| SAMUELSON LAW, TECHNOLOGY & | Kimberly L. Herb |
| PUBLIC POLICY CLINIC | Trial Attorney |
| UC Berkeley School of Law | United Stated Department of Justice |
| 396 Simon Hall | Civil Division, Federal Programs Branch |
| Berkeley, CA 94720-7200 | 20 Massachusetts Ave. NW |
| | Washington, DC 20530 |
| Telephone: (510) 642-0499 | Telephone: (202) 305-8356 |
| Facsimile: (510) 643-4625 | Facsimile: (202) 616-8470 |
| E-mail: jschultz@law.berkeley.edu | E-mail: Kimberly.L.Herb@usdoj.gov |
| Attorneys for Plaintiff | Attorneys for Defendants |

**GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained Jennifer Lynch's concurrence in the filing of this document.

>                    */s/ Kimberly L. Herb*
>                    Kimberly L. Herb

\*   \*   \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____    _____
                                Hon. Susan Ilston
                                United States District Judge