TONY WEST
    Assistant Attorney General
MELINDA L. HAAG
    United States Attorney
JOHN TYLER
    Assistant Branch Director
KIMBERLY L. HERB
    Illinois Bar No. 6296725
    Trial Attorney
    Civil Division, Federal Programs Branch
    U.S. Department of Justice
    P.O. Box 883
    Washington, D.C.  20044
    Telephone: (202) 305-8356
    Facsimile:  (202) 616-8470

Attorneys for DEFENDANTS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No.  3:09-CV-05640-SI |
| Plaintiff, | |
| vs. | **STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND BRIEFING SCHEDULE** |
| DEPARTMENT OF DEFENSE, ET AL., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Civil L.R. 6-2, Plaintiff Electronic Frontier Foundation ("EFF") and Defendants Department of Justice, Criminal Division; U.S. Secret Service; Federal Bureau Investigation; and Department of Homeland Security (collectively "Defendants") hereby stipulate to and respectfully request that this Court extend the briefing schedule for the filing of the parties' reply briefs related to their dispositive motions.   Defendants requested the revisions to the briefing schedule due to the illness of Defendants' counsel.

1. Defendants submit that the Declaration of Kimberly L. Herb establishes good cause for the requested enlargement as follows:

   a. On September 22, 2011, the parties filed a stipulation proposing the following dates for briefing on the parties dispositive motions:  Defendants file their motion for summary judgment on October 21, 2011; EFF files its opposition and cross-motion on November 18, 2011; Defendants file their reply and opposition to EFF's cross-motion on December 2, 2011; EFF files its reply to its cross- motion on December 16, 2011; the Court holds a hearing on the parties' dispositive motions on January 13, 2012.  The Court granted the parties' stipulation on September 27, 2011.  (Dkt. 54.)

   b. Defendants filed their motion for summary judgment on October 21, 2011.  (Dkt. 55.)  EFF filed its opposition to Defendants' motion and cross moved for summary judgment on November 17, 2011.  (Dkt. 56.)

   c. Counsel for Defendants became ill on November 21, 2011 with respiratory and sinus infections.  She has been out of the office for much of the last ten days due to illness and reactions to medication.  As a result, she has not had adequate time to prepare Defendants' reply brief and requested that EFF grant an extension of the briefing schedule.

   d. On December 1, 2011, defense counsel conferred with EFF's counsel regarding the briefing schedule for the parties' reply brief related to their dispositive motions. The parties agreed to revise the briefing schedule as follows:  Defendants file their

reply brief in support of Defendants' motion for summary judgment and opposition to EFF's cross-motion for summary judgment on December 16, 2011; EFF files its reply for its cross-motion on January 6, 2012; the Court holds a hearing on the parties' dispositive motions on January 20, 2012.

2. While the requested enlargement will affect the present briefing schedule for this case, the parties believe a short extension of the briefing schedule is warranted given the circumstances.  Furthermore, the parties believe this case will be resolved on summary judgment, and thus this case can be resolved expeditiously after the filing of the parties' motions.

\* \* \*

The parties respectfully request that the Court extend the briefing schedule for the filing of the parties' dispositive motions such that they may be filed as discussed in paragraph 1(d) above.

1    DATED: December 2, 2011

2    Respectfully submitted,

3

4    */s/ Jennifer Lynch*                        TONY WEST
     ELECTRONIC FRONTIER FOUNDATION            Assistant Attorney General
     Jennifer Lynch, Esq.
5    Marcia Hoffman, Esq.                       JOSEPH P. RUSSONIELLO
     454 Shotwell Street                        United States Attorney
6    San Francisco, CA  94110
     Telephone:  (415) 436-9333                 JOHN TYLER
7    Facsimile:  (415) 436-9993                 Assistant Branch Director
     E-mail: jlynch@eff.org
8
     Jason M. Schultz                           */s/ Kimberly L. Herb*
9    SAMUELSON LAW, TECHNOLOGY &                Kimberly L. Herb
     PUBLIC POLICY CLINIC                       Trial Attorney
10   UC Berkeley School of Law                  United Stated Department of Justice
     396 Simon Hall                             Civil Division, Federal Programs Branch
11   Berkeley, CA 94720-7200                    20 Massachusetts Ave. NW
     Telephone: (510) 642-0499                  Washington, DC 20530
12   Facsimile: (510) 643-4625                  Telephone: (202) 305-8356
     E-mail: jschultz@law.berkeley.edu          Facsimile: (202) 616-8470
13                                              E-mail: Kimberly.L.Herb@usdoj.gov

14   Attorneys for Plaintiff                    Attorneys for Defendants

15

16   **GENERAL ORDER NO. 45(X) CERTIFICATION**

17       I attest that I have obtained Jennifer Lynch's concurrence in the filing of this document.

18                                              */s/ Kimberly L. Herb*
                                                Kimberly L. Herb
19

20                          *       *       *

21

22   PURSUANT TO STIPULATION, IT IS SO ORDERED.

23
     Dated: _____12/6/11_____        _____
24                                   Hon. Susan Ilston
                                     United States District Judge
25

26

27

28

1    TONY WEST
         Assistant Attorney General
2    MELINDA L. HAAG
         United States Attorney
3    JOHN TYLER
         Assistant Branch Director
4    KIMBERLY L. HERB
         Illinois Bar No. 6296725
5        Trial Attorney
         Civil Division, Federal Programs Branch
6    U.S. Department of Justice
         P.O. Box 883
7        Washington, D.C.  20044
         Telephone: (202) 305-8356
8        Facsimile:  (202) 616-8470

9    Attorneys for DEFENDANTS

10                  UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14   ELECTRONIC FRONTIER FOUNDATION,        Case No. CV 09-5640 SI

15                      Plaintiff,

16          v.                              **DECLARATION OF KIMBERLY L.
                                            HERB IN SUPPORT OF STIPULATION
                                            TO AMEND BRIEFING SCHEDULE**
17   DEPARTMENT OF DEFENSE, *et al.*,

18                      Defendants.

19

20

21

22   I, Kimberly L. Herb, hereby declare as follows:

23          1.      I am a Trial Attorney in the Federal Programs Branch, Civil Division of the United

24   States Department of Justice.  I am lead counsel and represent Defendants in this case.

25          2.      On September 22, 2011, the parties filed a stipulation proposing the following

26   dates for briefing on the parties dispositive motions:  Defendants file their motion for summary

27   judgment on October 21, 2011; EFF files its opposition and cross-motion on November 18, 2011;

28   Defendants file their reply and opposition to EFF's cross-motion on December 2, 2011; EFF files

its reply to its cross- motion on December 16, 2011; the Court holds a hearing on the parties' dispositive motions on January 13, 2012.  The Court granted the parties' stipulation on September 27, 2011.  (Dkt. 54.)

3.      Defendants filed their motion for summary judgment on October 21, 2011.  (Dkt. 55.)  EFF filed its opposition to Defendants' motion and cross moved for summary judgment on November 17, 2011.  (Dkt. 56.)

4.      I became ill on November 21, 2011 with respiratory and sinus infections.  I have been out of the office for much of the last ten days due to illness and reactions to medication.  As a result, I have not had adequate time to prepare Defendants' reply brief and requested that EFF grant an extension of the briefing schedule.

5.      On December 1, 2011, defense counsel conferred with EFF's counsel regarding the briefing schedule for the parties' reply briefs related to their dispositive motions.  The parties agreed to revise the briefing schedule as follows:  Defendants file their reply brief in support of Defendants' motion for summary judgment and opposition to EFF's cross-motion for summary judgment on December 16, 2011; EFF files its reply for its cross-motion on January 6, 2012; the Court holds a hearing on the parties' dispositive motions on January 20, 2012.

6.      To date, there have been seven time modifications in this case:

    a.  On June 10, 2010, the parties filed a stipulation and proposed order requesting that the Court change the time for the filing of dispositive motions, which the Court granted on July 6, 2010.

    b.  On July 9, 2010, the parties filed a Joint Case Management Statement and appeared for the Case Management Conference on July 16, 2010. At that time the parties informed the court that they planned to meet and confer by August 31, 2010 to determine the issues remaining in this action and to propose a timeline for the resolution of those issues.  The parties met again on August 30, 2010 and discussed a tentative motion schedule as well as Defendant Department of Justice Criminal Division's final document production,

scheduled for September 30, 2010.  Because Plaintiff needed time to review Defendant's final disclosures, on September 3, 2010, the parties filed a stipulation and proposed order to continue the Case Management Conference. The Court granted the motion on September 8, 2010 and continued the Case Management Conference to October 26, 2010.

c.   On October 19, 2011, the parties filed a stipulation and proposed order to continue the Case Management Conference because the parties had submitted a proposed schedule for resolution of the case.  The Court granted the motion on October 21, 2010 and continued the Case Management Conference to January 14, 2011.

d.   On January 7, 2011, the parties filed a stipulation and proposed order to change the time of the Case Management Conference from January 14, 2011 to January 28, 2011.  EFF had filed a motion to consolidate the present action with a related case, and the motion was scheduled for a hearing on January 28, 2011.  The parties' stipulation sought to consolidate the hearing with the Case Management Conference.  The Court granted the parties' stipulation on January 10, 2011.

e.   On January 27, 2011, the parties filed a stipulation and proposed order to change the time of the Case Management Conference from January 28, 2011 to February 25, 2011.  The Court granted EFF's motion to consolidate and ordered the parties to confer regarding a briefing schedule for the filing of dispositive motions in the consolidated action.  The parties sought to continue the Case Management Conference so that they could negotiate the briefing schedule.  The Court granted the parties' stipulation on January 28, 2011.

f.   On February 25, 2011, during the Case Management Conference, the parties presented the Court with a joint proposed briefing schedule for the filing of dispositive motions.  The proposed briefing schedule amended an earlier

schedule for the filing of such motions and was necessitated by the Court's order consolidating cases.  The Court granted the parties' joint briefing schedule on March 1, 2011.

      g.  On September 22, 2011, the parties stipulated to extend the briefing schedule for the filing of dispositve motions due to the unavailability of counsel for one of the defendant agencies.  The Court granted the parties' stipulation on September 27, 2011.

    7.    While the requested enlargement will affect the present briefing schedule for this case, the parties believe a short extension of the briefing schedule is warranted given the circumstances.  Furthermore, the parties believe this case will be resolved on summary judgment, and thus this case can be resolved expeditiously after the filing of the parties' motions.

    I declare under penalty of perjury that the foregoing is true and correct.  Executed in Washington, DC on December 1, 2011.

                          */s/ Kimberly L. Herb*
                          Kimberly L. Herb