IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | No. C 09-05640 SI |
| Plaintiff, | **ORDER REQUIRING FURTHER BRIEFING** |
| v. | |
| DEPARTMENT OF DEFENSE, et al., | |
| Defendants. | |

Currently before the Court are the parties' cross-motions for summary judgment in this Freedom of Information Act case. During the January 20, 2012 hearing, government counsel indicated that she had recently learned of additional information regarding defendants' compliance with their FOIA obligations. Plaintiff indicated that certain matters were no longer at issue given recent, supplemental document productions made by defendants. No further information has been provided to the Court. The parties are ORDERED to submit supplemental briefs, not exceeding five pages and supported by declarations if necessary, explaining what is still as issue in this case.

The parties' supplemental briefs shall be filed on or before **February 24, 2012.**

**IT IS SO ORDERED.**

Dated: February 9, 2012

SUSAN ILLSTON
United States District Judge