Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Jason M. Schultz (SBN 212600)
*jschultz@law.berkeley.edu*
Lila I. Bailey (SBN 238918)
*lbailey@law.berkeley.edu*
Samuelson Law, Technology & Public Policy Clinic
U.C. Berkeley School of Law
396 Simon Hall
Berkeley, CA 94720-7200
Telephone: (510) 642-1957
Facsimile: (510) 643-4625

*Attorneys for Plaintiff*
ELECTRONIC FRONTIER FOUNDATION

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF DEFENSE, *et al.*, <br><br> Defendants. | Case No. 3:09-cv-05640-SI <br><br> **PLAINTIFF'S LOCAL RULE 7-13 NOTICE THAT PARTIES' CROSS MOTIONS FOR SUMMARY JUDGMENT HAVE BEEN UNDER SUBMISSION FOR MORE THAN 120 DAYS** <br><br> Place:  Courtroom 10, 19th Floor <br> Judge:  Hon. Susan Illston |

1    Plaintiff Electronic Frontier Foundation ("EFF") hereby gives notice pursuant to Local

2 Rule 7-13 that the parties' Cross Motions for Summary Judgment, which the court took under

3 submission following a hearing on January 20, 2012 and supplemental briefings filed on

4 February 24, 2012, have been under submission for more than 120 days. Plaintiff filed this case on

5 December 1, 2009, and submitted the Freedom of Information Act requests at issue in this case on

6 October 7 and 8, 2009.

7    Plaintiff respectfully requests that the Court issue an order deciding the parties' Cross

8 Motions for Summary Judgment.

9

10 DATED: August 21, 2012            Respectfully submitted,

11                                  By: ___/s/ Jennifer Lynch___

12                                  Jennifer Lynch
13                                  ELECTRONIC FRONTIER FOUNDATION
                                    454 Shotwell Street
14                                  San Francisco, CA  94110
                                    Telephone:  (415) 436-9333
15                                  Facsimile:  (415) 436-9993

16
                                    Jason M. Schultz
17                                  Lila I. Bailey
                                    Samuelson Law, Technology & Public Policy Clinic
18                                  U.C. Berkeley School of Law
                                    396 Simon Hall
19                                  Berkeley, CA 94720-7200
                                    Telephone: (510) 642-0499
20                                  Facsimile: (510) 643-4625

21
                                    *Attorneys for Plaintiff*
22                                  ELECTRONIC FRONTIER FOUNDATION

23

24

25

26

27

28
                                    1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2012, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

Executed on August 21, 2012, in San Francisco, California.

*/s/ Jennifer Lynch*
Jennifer Lynch