STUART F. DELERY
   Acting Assistant Attorney General
JOHN TYLER
   Assistant Branch Director
KIMBERLY L. HERB
   Illinois Bar No. 6296725
   Trial Attorney
   Civil Division, Federal Programs Branch
   U.S. Department of Justice
   P.O. Box 883
   Washington, D.C.  20044
   Telephone: (202) 305-8356
   Facsimile:  (202) 616-8470

Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF DEFENSE, *et al.*, <br><br> Defendants. | Case No. CV 09-5640 SI <br><br> **NOTICE OF DEFENDANTS' COMPLIANCE WITH COURT ORDER REQUIRING SUPPLEMENTAL DECLARATIONS** |

On September 24, 2012, this Court ordered that Defendants Federal Bureau of Investigations ("FBI") and Immigration and Customs Enforcement ("ICE") provide Plaintiff with supplemental declarations. (Dkt. No. 67 at 1, 15, 22.) This is to notify the Court that, in compliance with its order, the undersigned counsel on this date sent Plaintiff via electronic mail supplemental declarations from the FBI and ICE.

DATED: October 24, 2012             Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General
JOHN TYLER
Assistant Branch Director

  */s/ Kimberly L. Herb*
Kimberly L. Herb
Trial Attorney
United Stated Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC  20530
Telephone: (202) 305-8356
Facsimile: (202) 616-8470
E-mail: Kimberly.L.Herb@usdoj.gov

Attorneys for Defendants

NO. C 09-5640 SI
NOTICE OF DEFENDANTS' COMPLIANCE WITH COURT ORDER REQUIRING SUPPLEMENTAL DECLARATIONS

1