Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:  (415) 436-9333
Facsimile:   (415) 436-9993

Jason M. Schultz (SBN 212600)
*jschultz@law.berkeley.edu*
Lila I. Bailey  (SBN 238918)
*lbailey@law.berkeley.edu*
SAMUELSON LAW, TECHNOLOGY
& PUBLIC POLICY CLINIC
UC Berkeley School of Law
396 Simon Hall
Berkeley, CA 94720-7200
Telephone: (510) 642-0499
Facsimile: (510) 643-4625

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. 3:09-cv-05640-SI |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| DEPARTMENT OF DEFENSE, *et al.*, | |
| Defendants. | Date:         March 8, 2013<br>Time:        3:00 p.m.<br>Courtroom: 10, 19th Floor<br>Judge:       Hon. Susan Illston |

Plaintiff Electronic Frontier Foundation and Defendants Department of Defense, *et al*. hereby stipulate to and respectfully request that this Court continue the date of the Case Management Conference from March 8, 2013 to March 22, 2013, or to the Court's earliest convenience thereafter. The reason for this request is that Jason Schultz, counsel for Plaintiff, is on paternity leave and Jennifer Lynch, also counsel for Plaintiff, is traveling March 8 and 15, 2013.

The requested time modification should not adversely affect the Court's schedule because the parties are actively working to develop a schedule for resolving the case.

DATED: February 22, 2013                    Respectfully submitted,

*/s/ Jennifer Lynch*                         TONY WEST
ELECTRONIC FRONTIER FOUNDATION               Assistant Attorney General
Jennifer Lynch, Esq.
454 Shotwell Street                          JOSEPH P. RUSSONIELLO
San Francisco, CA  94110                     United States Attorney
Telephone:  (415) 436-9333
Facsimile:  (415) 436-9993                   JOHN TYLER
E-mail: jlynch@eff.org                       Assistant Branch Director

Jason M. Schultz
Lilia I. Bailey                              */s/ Kimberly L. Herb*
SAMUELSON LAW, TECHNOLOGY &                  Kimberly L. Herb
PUBLIC POLICY CLINIC                         Trial Attorney
UC Berkeley School of Law                    United Stated Department of Justice
                                             Civil Division, Federal Programs Branch
396 Simon Hall                               20 Massachusetts Ave. NW
Berkeley, CA 94720-7200                      Washington, DC 20530
Telephone: (510) 642-0499                    Telephone: (202) 305-8356
Facsimile: (510) 643-4625                    Facsimile: (202) 616-8470
E-mail: jschultz@law.berkeley.edu            E-mail: Kimberly.L.Herb@usdoj.gov

Attorneys for Plaintiff                      Attorneys for Defendants

*     *     *     *

## CIVIL LOCAL RULE 5-1 CERTIFICATION

I attest that I have obtained Kimberly Herb's concurrence in the filing of this document.

*/s/ Jennifer Lynch*
Jennifer Lynch

Case No. 09-cv-05640-SI                   -1-

1 | PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

2

3 | Dated: __2/26/13__           _____
                                  Hon. Susan Ilston
4 |                                United States District Judge