| | |
|---|---|
| 1 | Jennifer Lynch (SBN 240701) |
| | *jlynch@eff.org* |
| 2 | ELECTRONIC FRONTIER FOUNDATION |
| | 454 Shotwell Street |
| 3 | San Francisco, CA 94110 |
| | Telephone:   (415) 436-9333 |
| 4 | Facsimile:    (415) 436-9993 |
| 5 | Jason M. Schultz (SBN 212600) |
| | *jschultz@law.berkeley.edu* |
| 6 | SAMUELSON LAW, TECHNOLOGY |
| | & PUBLIC POLICY CLINIC |
| 7 | UC Berkeley School of Law |
| | 396 Simon Hall |
| 8 | Berkeley, CA 94720-7200 |
| | Telephone: (510) 642-0499 |
| 9 | Facsimile: (510) 643-4625 |
| 10 | |
| 11 | Attorneys for Plaintiff |
| | Electronic Frontier Foundation |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No.  3:09-cv-05640-SI |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |
| DEPARTMENT OF DEFENSE, *et al.*, | |
| Defendants. | Judge:   Hon. Susan Illston |

Case No. 3:09-cv-05640-SI

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Electronic Frontier Foundation and Defendants Department of Justice and Department of Homeland Security stipulate that all remaining claims in the above-captioned case are dismissed with prejudice in their entirety. Each party will bear its own costs and fees.

The parties also stipulate to vacating the Case Management Conference currently scheduled for March 22, 2013.

DATED: March 15, 2013                                             Respectfully submitted,

| | |
|---|---|
| */s/       Jennifer Lynch* | TONY WEST |
| | Assistant Attorney General |
| ELECTRONIC FRONTIER FOUNDATION | |
| Jennifer Lynch, Esq. | JOHN TYLER |
| Marcia Hofmann, Esq. | Assistant Branch Director |
| 454 Shotwell Street | |
| San Francisco, CA  94110 | */s/       Kimberly Herb* |
| Telephone:  (415) 436-9333 | Kimberly L. Herb |
| Facsimile:  (415) 436-9993 | Trial Attorney |
| | United Stated Department of Justice |
| SAMUELSON LAW, TECHNOLOGY | Civil Division, Federal Programs Branch |
| AND PUBLIC POLICY CLINIC | 20 Massachusetts Ave. NW |
| Jason M. Schultz | Washington, DC  20530 |
| U.C. Berkeley School of Law | Telephone: (202) 305-8356 |
| 396 Simon Hall | Facsimile: (202) 616-8470 |
| Berkeley, CA 94720-7200 | E-mail: Kimberly.L.Herb@usdoj.gov |
| Telephone: (510) 642-0499 | |
| Facsimile: (510) 643-4625 | Attorneys for Defendants |

Attorneys for Plaintiff

                                            *        *        *

## LOCAL RULE 5-1(i)(3) CERTIFICATION

I attest that I have obtained Kimberly Herb's concurrence in the filing of this document.

                                       */s/ Jennifer Lynch*
                                       Jennifer Lynch

* * *

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

DATED:  3/15/13

_____
Honorable Susan Illston
United States District Judge