Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:   (415) 436-9333
Facsimile:   (415) 436-9993

Jason M. Schultz (SBN 212600)
*jschultz@law.berkeley.edu*
SAMUELSON LAW, TECHNOLOGY
& PUBLIC POLICY CLINIC
UC Berkeley School of Law
396 Simon Hall
Berkeley, CA 94720-7200
Telephone: (510) 642-0499
Facsimile: (510) 643-4625

Attorneys for Plaintiff
Electronic Frontier Foundation

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No.  3:09-cv-05640-SI |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE;** |
| DEPARTMENT OF DEFENSE, *et al.*, | **[~~PROPOSED~~] ORDER THEREON** |
| Defendants. | Judge:   Hon. Susan Illston |

Case No. 3:09-cv-05640-SI

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Electronic Frontier Foundation and Defendants Department of Justice and Department of Homeland Security stipulate that all remaining claims in the above-captioned case are dismissed with prejudice in their entirety. Each party will bear its own costs and fees.

The parties also stipulate to vacating the Case Management Conference currently scheduled for March 22, 2013.

DATED: March 15, 2013                              Respectfully submitted,


*/s/    Jennifer Lynch*                            TONY WEST
                                                   Assistant Attorney General
ELECTRONIC FRONTIER FOUNDATION
Jennifer Lynch, Esq.                               JOHN TYLER
Marcia Hofmann, Esq.                               Assistant Branch Director
454 Shotwell Street
San Francisco, CA  94110                           */s/    Kimberly Herb*
Telephone:  (415) 436-9333                         Kimberly L. Herb
Facsimile:  (415) 436-9993                         Trial Attorney
                                                   United Stated Department of Justice
SAMUELSON LAW, TECHNOLOGY                          Civil Division, Federal Programs Branch
AND PUBLIC POLICY CLINIC                           20 Massachusetts Ave. NW
Jason M. Schultz                                   Washington, DC  20530
U.C. Berkeley School of Law                        Telephone: (202) 305-8356
396 Simon Hall                                     Facsimile: (202) 616-8470
Berkeley, CA 94720-7200                            E-mail: Kimberly.L.Herb@usdoj.gov
Telephone: (510) 642-0499
Facsimile: (510) 643-4625                          Attorneys for Defendants

Attorneys for Plaintiff


*     *     *

## LOCAL RULE 5-1(i)(3) CERTIFICATION

I attest that I have obtained Kimberly Herb's concurrence in the filing of this document.

        */s/ Jennifer Lynch*
        Jennifer Lynch

* * *

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

DATED: ___3/15/13___    _____
                        Honorable Susan Illston
                        United States District Judge